♦AO 247 (02/08) Order Regarding Motion for Sentence Reduction

RECEIVED
USDC, WESTERN DISTRICT OF
ROBERT H. SHEMWELL, CLERK
DATE 3/4/08
6B

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) |
| v. | ) |
| Paul Lawrence Langlinais, Jr. | ) Case No: 2:97CR20106-001 |
| | ) USM No: 09778-035 |
| Date of Previous Judgment: 06/08/1998 | ) Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **144** months is reduced to **120 months**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 135 to 168 months | Amended Guideline Range: | 120 to 135 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

The sentence reduction ordered above is subject to the prohibition found in U.S.S.G. 1B1.10(b)(2)(C). Additionally, a ten (10) day STAY is hereby imposed on this Order.

COPY SENT
DATE 3-4-08
BY 6B
TO USPO
USMcE

Except as provided above, all provisions of the judgment dated **06/08/1998** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/03/2008

Effective Date: 03/12/2008
(if different from order date)

Judge's signature

RICHARD T. HAIK, SR.   CHIEF JUDGE
Printed name and title